UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL, INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>HYHTE HOLDINGS, INC.,<br>dba Astura Medical,<br><br>                        Defendant.<br><br>AND RELATED COUTNERCLAIMS | Case No.:  20cv1739-DMS(MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 16]** |

On January 29, 2021, the parties filed a joint motion asking the Court to enter their Protective Order.  (ECF No. 16).  The Court has considered the Stipulated Protective Order [ECF No. 16-1 at 2-12] and, for good cause shown, **GRANTS** the joint motion with the following modification:

Paragraph 11 should read:  "Before any materials produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as confidential information are filed with the Court for any purpose, the party seeking to file such material must seek permission of the Court

to file the material under seal.  A sealing order may issue only upon a showing that the information is privileged or protectable under the law.  **The request must be narrowly tailored to seek sealing only of the confidential or privileged material**.

To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, a party must file a redacted version of any document that it seeks to file under seal.  The document must be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.'  The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated:  February 1, 2021

Honorable Michael S. Berg
United States Magistrate Judge