# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYHTE HOLDINGS, INC. d/b/a ASTURA MEDICAL, <br><br> Defendant. <br><br> HYHTE HOLDINGS, INC. d/b/a ASTURA MEDICAL, <br><br> Counterclaimant, <br><br> v. <br><br> LOWELL, INC., <br><br> Counterdefendant. | CASE NO. 20-CV-01739-DMS-MSB <br><br> **ORDER GRANTING JOINT MOTION TO SUBMIT ALL CLAIMS AND COUNTERCLAIMS TO BINDING ARBITRATION** <br><br> [ECF No. 18] <br><br> District Judge: Hon. Dana M. Sabraw <br> Courtroom 13A <br><br> Magistrate Judge: Hon. Michael S. Berg <br><br> Complaint Filed: 09/04/2020 <br> Countercomplaint Filed: 11/23/2020 |

On March 16, 2021, the parties filed a stipulated Joint Motion requesting that all claims and counterclaims in the above-captioned case be submitted to binding arbitration. (ECF No. 18). The parties' stipulation includes the following provisions:

    1.    The Parties have agreed that all claims and counterclaims at issue in this litigation should be resolved by binding arbitration before the Honorable Ronald S. Prager (retired) in an arbitration to be conducted virtually or in San Diego, California.

    2.    The Parties have agreed that California law shall apply to all claims and counterclaims, and the Parties have further agreed that Judicate West Commercial Arbitration Rules shall apply to the arbitration proceedings.

    3.    The parties have agreed that a final decision rendered by the Honorable Ronald S. Prager (retired) shall be final, binding, and conclusive on the parties as to all claims and counterclaims in this lawsuit. The parties further have agreed that the Honorable Ronald S. Prager's (retired) final decision, including any award of damages and/or costs, shall be judicially enforceable in any federal or state court having jurisdiction.

The Court has considered the stipulated Joint Motion, has noted that the parties are sophisticated commercial entities represented by able counsel, and good cause appearing, **HEREBY GRANTS** the stipulated joint motion to submit all claims and counterclaims to binding arbitration before the Honorable Ronald S. Prager (retired).

**IT IS SO ORDERED**.

Dated: March 17, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court